PROB 12C
(7/93)

Report Date:  June 17, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 17, 2016**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Donald Lorentzen          Case Number: 0980 2:14CR00029-WFN-1

Address of Offender:                    Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 29. 2014

Original Offense:        Escape from Federal Custody, in violation of 18 U.S.C. § 751(a)

Original Sentence:       Prison 6 months;                    Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:     Alison L. Gregoire              Date Supervision Commenced: May 4, 2015

Defense Attorney:        Roger Peven                     Date Supervision Expires: May 3, 2018

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Brian Lorentzen was directed to attend the Eastern District of Washington Sobriety Treatment and Education Program (STEP) on June 16, 2016. He failed to attend as scheduled. |
| 2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: Brian Lorentzen failed to attend scheduled treatment sessions at ADEPT on June 7 and 14, 2016. |

Prob12C
**Re: Lorentzen, Brian Donald**
**June 17, 2016**
**Page 2**

3    **Special Condition # 16**: You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

**Supporting Evidence**: Brian Lorentzen failed to attend and/or schedule any mental health counseling sessions with Robert Shepard for the month of May 2016.

4    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Brian Lorentzen failed to report for urinalysis testing as scheduled on June 7 and 13, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/17/2016
_____

s/Richard Law
_____

Richard Law
U.S. Probation Officer

THE COURT ORDERS
[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

6/17/2016
_____
Date