PROB 12C
(6/16)

Report Date: August 11, 2016

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 11 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Donald Lorentzen        Case Number: 0980 2:14CR00029-WFN-1

Address of Offender:        Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 29, 2014

Original Offense:        Escape from Federal Custody, in violation of 18 U.S.C. § 751(a)

Original Sentence:    Prison 6 months;        Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Alison L. Gregoire        Date Supervision Commenced: May 4, 2015

Defense Attorney:     Roger Peven              Date Supervision Expires: May 3, 2018

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Brain Lorentzen failed to report to the U.S. Probation Office as directed on August 10 and 11, 2016. Specifically, Brian Lorentzen was directed by the U.S. probation officer and STEP team to report to the probation office no later that 9 AM on a daily basis until he secures employment. On August 10 and 11, 2016, Brain Lorentzen did not report to the U.S. Probation Office. |
| 2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.<br><br>**Supporting Evidence**: Brain Lorentzen has failed to secure employment since the commencement of the term of supervised release. |
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

Prob12C
Re: Lorentzen, Brian Donald
August 11, 2016
Page 2

    **Supporting Evidence**: On August 10, 2016, the undersigned officer was notified by Mr. Lorentzen's girlfriend that he went to the store on August 9, 2016, and never returned home. At the time of this report, his current residence and whereabouts are unknown.

4    **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Brain Lorentzen failed to report for urinalysis testing as directed on August 5 and 10, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/11/2016

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/11/16
Date